ACCEPTED
03-17-00801-CV
21313447
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2017 9:45 AM
JEFFREY D. KYLE
CLERK

No. 03-17-00801-CV

In the Court of Appeals

Third Supreme Judicial District of Texas

Thomas R. Pilgrim

v.

Texas Civil Commitment Office

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

12/15/2017 9:45:33 AM

JEFFREY D. KYLE
Clerk

## APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

COMES NOW, Thomas Pilgrim, Appellant herein and files this his unopposed motion to proceed *in forma pauperis*. In support of this motion, Appellant represents as follows:

1. Appellant is subject to a Final Judgment ordering him into civil commitment pursuant to Texas Health and Safety Code chapter 841. Appellant has been held subject to that Final Judgment since his release from prison in 2014.

2. At the outset of the proceedings that led to the entry of the Final Judgment ordering Appellant into civil commitment, the 435th District Court found Appellant to be indigent and appointed State Counsel for Offenders to defend him pursuant to Health and Safety Code section 841.005.

3. No court has overturned the determination by the 435th District Court that Appellant was indigent. The determination by the 435th District Court that Appellant is indigent remains in effect. *Roberts v. State*, 327 S.W.3d 880, 883 (Tex. App.—Beaumont 2010, no pet.). After a trial court determines that the defendant is indigent, there must be some evidence presented to the trial court of a change in the defendant's ability to pay. *Mayer v. State*, 309 S.W.3d 552, 557 (Tex. Crim. App. 2010).

4. The Defendant does not oppose Appellant's Motion for Leave to Proceed *in forma pauperis*.

5. Prior to the beginning of his civil commitment, Appellant was incarcerated in the Texas Department of Criminal Justice beginning 1990.

6. Appellant has no source of income. See Attached Statement of Inability to Pay Costs, Exhibit #1.

7. Appellant filed a Petition Seeking Less Restrictive Housing and Supervision in Travis County.

8. In the trial court Appellant could not afford counsel. Appellant was represented in the trial court by counsel paid for by his parents.

9. The trial court granted the Texas Civil Commitment Office's Plea to the

Jurisdiction. See attached order – Exhibit #2.

10. Appellant wishes to pursue an appeal of the trial court ruling granting the Texas Civil Commitment Office's Plea to the Jurisdiction.

11. Appellant's parents are not paying an attorney to prosecute his appeal of the trial court's order sustaining the Texas Civil Commitment Office's Plea to the Jurisdiction. See Exhibit # 4.

12. Appellant cannot afford to pay costs, including either the Clerk's Record or the Reporter's Record. See Attached Exhibit #1 Unsworn Declaration of Indigence.

13. Appellant's trial counsel will provide legal services in connection with the appeal free of charge. See attached Unsworn Declaration of Counsel – Exhibit #3.

WHEREFORE, since Appellant has been declared to be indigent, that declaration has not been challenged and Defendant does not oppose Appellant's motion to proceed *in forma pauperis*, Appellant respectfully requests that this Court grant this motion permitting Appellant to proceed *in forma pauperis* AND to excuse Appellant from the obligation to pay costs.

Respectfully Submitted,
/s/ William A. Marshall
William A. Marshall
16011 Maplehurst Drive
Spring, Texas 77379
TBN 13048340
Tele: 713-301-2854
billmarshallpm@gmail.com

### CERTIFICATE OF CONFERENCE

I contacted counsel for the Texas Civil Commitment Office (TCCO) by email to determine whether TCCO is opposed to this motion. The Texas Civil Commitment Office is not opposed to this motion.

/s/ William A. Marshall

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2017, a true copy of the foregoing Appellant's Unopposed Motion for Leave to Proceed *In Forma Pauperis* was filed and served, through the eFile Texas system, on opposing counsel as follows:

Texas Civil Commitment Office
c/o Richard Huntpalmer
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
*email:* *richard.huntpalmer@oag.texas.gov*

/s/ William A. Marshall

No. 03-17-00801-CV
In the Court of Appeals
Third Supreme Judicial District of Texas

Thomas R. Pilgrim
v.
Texas Civil Commitment Office

ORDER ON
APPELLANT'S MOTION FOR LEAVE
TO PROCEED *IN FORMA PAUPERIS*

ON THIS DATE came on for hearing Appellant's Motion for Leave to Proceed *In Forma Pauperis* and to be excused from payment of costs.

The Court having considered Appellant's Motion and the attachments is of the opinion that the motion has merit and should be granted. IT IS THEREFORE

Ordered that Appellant Thomas Pilgrim is granted leave to proceed *in forma pauperis*.

IT IS FURTHERED

Ordered that Appellant is excused from the payment of costs associated with this appeal.

Signed this ___ day of _____ 201_.

_____
Judge Presiding

No. 03-17-00801-CV
In the Court of Appeals
Third Supreme Judicial District of Texas

Thomas R. Pilgrim
v.
Texas Civil Commitment Office

APPELLANT'S MOTION FOR LEAVE
TO PROCEED *IN FORMA PAUPERIS*

EXHIBIT #1
STATEMENT OF INABILITY TO PAY COSTS

# UNSWORN STATEMENT OF INABILITY TO PAY COSTS

My name is Thomas Ray Pilgrim. My date of birth is April 7, 1967, and my address is 2600 South Sunset Avenue, Littlefield, TX 79339, USA. I am qualified to make this Unsworn Statement of Inability to Pay Costs. I declare under penalty of perjury that the following factual allegations are within my personal knowledge and are true and correct.

**(1)** I am a resident of the Texas Civil Commitment Center in Littlefield, Texas.

**(2)** I am in the custody of the Texas Civil Commitment Office under a Judgment and Order of Commitment declaring me to be a sexually violent predator.

**(3)** I am not eligible for employment at the Texas Civil Commitment Center, am currently unemployed and do not receive unemployment benefits.

**(4)** I do not have access to any income from a spouse.

**(5)** I do not own any real property.

**(6)** The State regulates the personal property I can have. The only personal property the State allows me to have, includes: Clothing, electronics and food

**(7)** I am not allowed by the State to have cash. I have access to $ 100.8x on deposit in an account maintained by the State.

**(8)** I have no other assets.

**(9)** I AM NOT ABLE TO PAY COSTS OF AN APPEAL.

**(10)** I owe $ ∅ to _____ for _____

I owe $ ∅ to _____ for _____

**(11)** I have the following monthly expenses:
$ 60. for food . $ ____ for _____
$ 50. for hygenes/necessaties . $ ____ for _____
$ 20. for clothing . $ ____ for _____

**(12)** I am unable to obtain a loan for court costs.

**(13)** My parents paid an attorney to represent me in the trial court in Cause NO. D-1-GN-17-00838, In the 250th District Court of Travis County, Texas.

**(14)** My parents will NOT pay an attorney to represent me in the appeal of the Order granting

No. 03-17-00801-CV
In the Court of Appeals
Third Supreme Judicial District of Texas

Thomas R. Pilgrim
v.
Texas Civil Commitment Office

APPELLANT'S MOTION FOR LEAVE
TO PROCEED *IN FORMA PAUPERIS*

<u>EXHIBIT #2</u>
<u>ORDER SUSTAINING PLEA TO THE JURISDICTION</u>

**Filed in The District Court
of Travis County, Texas**

**NOV - 8 2017**

At_____ 3:04 M.

**Velva L. Price, District Clerk**

D-1-GN-17-000838

| | | |
|---|---|---|
| THOMAS RAY PILGRIM, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | TRAVIS COUNTY, TEXAS |
| TEXAS CIVIL COMMITMENT | § | |
| OFFICE, | § | |
| Defendant. | § | 250TH JUDICIAL DISTRICT |

## ORDER

Today, Defendant's Plea to the Jurisdiction came before the Court for consideration. After considering the motion and the arguments of the parties, the Court has determined that it lacks subject matter jurisdiction to hear this case. Therefore, it is **ORDERED** that Defendant's plea is in all things **GRANTED**, and that this case is **DISMISSED WITH PREJUDICE** for lack of subject-matter jurisdiction.

Signed November 8, 2017.

_____
JUDGE PRESIDING

TIM SULAK

No. 03-17-00801-CV
In the Court of Appeals
Third Supreme Judicial District of Texas

Thomas R. Pilgrim
v.
Texas Civil Commitment Office

APPELLANT'S MOTION FOR LEAVE
TO PROCEED *IN FORMA PAUPERIS*

<u>EXHIBIT #3</u>
<u>UNSWORN DECLARATION OF COUNSEL</u>

No. 03-17-00801-CV
In the Court of Appeals
Third Supreme Judicial District of Texas

Thomas R. Pilgrim
v.
Texas Civil Commitment Office

APPELLANT'S MOTION FOR LEAVE
TO PROCEED *IN FORMA PAUPERIS*

## UNSWORN DECLARATION

My name is William A. Marshall. My Texas Bar Number is 13048340, and my address is 16011 Maplehurst Drive, Spring, Texas, and USA.

I am the attorney for Thomas Pilgrim in the captioned matter. While I was paid for my services in the trial court by Mr. Pilgrim's parents, I will be providing legal services to Mr. Pilgrim in the appeal of the trial court's ruling on the Texas Civil Commitment Office's Plea to the Jurisdiction free of charge. I do expect Mr. Pilgrim to contribute to payment of expenses

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Bartholmew County, State of Indiana, on the 1st day of December 2017.

/s/ William A. Marshall
Declarant

No. 03-17-00801-CV
In the Court of Appeals
Third Supreme Judicial District of Texas

Thomas R. Pilgrim
v.
Texas Civil Commitment Office

APPELLANT'S MOTION FOR LEAVE
TO PROCEED *IN FORMA PAUPERIS*

EXHIBIT #4
LETTER FROM APPELLANT'S PARENTS

TO: William Marshall attorney at law. I'm writing you this letter to say I'm not going to pay for my son's, Thomas Pilgrim Jr. appeal. Thank you for what you have done for my son, and all you are doing.

Thank you
Thomas & Sharon
Pilgrim